

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00228-CV

IN RE ACCLARENT, INC., Relator

§ Original Proceeding

§ 67th District Court of Tarrant County, Texas

§ Trial Court No. 067-344578-23

§ June 7, 2024

§ Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order granting Real Party in Interest Erin Ralph's petition and render an order denying the same. Our writ will issue only if the trial court fails to comply.

It is further ordered that Real Party in Interest Erin Ralph shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker